# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|  |  |
|---|---|
| Deborah Rice-Williford | ) |
| *Plaintiff* | ) |
| v. | ) |
| Andrew Saul, Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.: 4:18-353-TMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain,  United States District Judge, who adopted the Report and
Recommendation of the Honorable Thomas |E. Rogers, III,  United States Magistrate Judge.


Date:   August 27 , 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*